# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana


**SEALED**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 20-MC-3118
ALCATEL CELL PHONE )
Currently located at Homeland Security Investigations )
1116 Bayou Lacarpe Rd., Houma, LA 70360 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the  Eastern  District of  Louisiana , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Charlotte Green
*Applicant's signature*

Special Agent Charlotte Green, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  11/18/2020

*Dana M. Douglas*
*Judge's signature*

City and state:  New Orleans, Louisiana          Honorable Dana M. Douglas, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION FOR A SEARCH WARRANT FOR: | *  NO. 20-MC-3118 |
| | * |
| THE PROPERTY KNOWN AS: ALCATEL CELL PHONE Currently located at Homeland Security Investigations, 1116 Bayou Lacarpe Rd., Houma, LA 70360 | *  **FILED UNDER SEAL** |
| | * |
| | * |
| | * |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Charlotte Green, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I provide this affidavit in support of an application for a search warrant under Federal Rules of Criminal Procedure 41 for the physical search of:

   The item listed in Attachment A that belong to Steve MERGEY and seize electronically produced digital data evidence of violations of Title 18, United States Code, Sections 2252 and 2252A, which criminalize the possession, receipt, and transmission of child pornography. The evidence to be searched for is described specifically in the following paragraphs and in Attachment B.

2. I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and am assigned to HSI Houma, LA. As part of my official duties, I have conducted and participated in investigations related to the sexual exploitation of children. During the course of these investigations, I have observed and reviewed examples of child pornography in various forms of media, including computer media. As part of my duties and responsibilities as an HSI Special Agent, I am authorized to investigate crimes which involve the

sexual exploitation of children pursuant to Title 18, United States Code, Sections 1466A, 2251, 2252, and 2252A.

3. As part of my duties as an HSI Special Agent, I have gained experience conducting criminal investigations involving child exploitation and child pornography, and have participated in the execution of several search warrants in such investigations.

4. This affidavit is made in support of an application for a search warrant to search the items listed in Attachment A that belongs to Steve MERGEY and seize electronically produced digital data evidence of violations of Title 18, United States Code, Sections 2252 and 2252A, which criminalize the possession, receipt, and transmission of child pornography. The statements contained in this affidavit are based on my experience, training, and background as an HSI Special Agent. I have set forth the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1466A, 2252 and 2252A are present in the information associated with the items listed in Attachment A.

5. The statements in this affidavit are based, in part, on information provided by HSI Special Agents, Oswego County Sheriff's Office, NY (OCSO), your Affiant's training and experience, and information obtained from other witnesses. This affidavit is being submitted for the limited purpose of establishing probable cause to support issuing a search warrant and does not include all the facts that have been learned during the course of the investigation.

6. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of Title 18, United States Code, Sections 1466A, 2252, and 2252A have been committed, and that

      a.      property that constitutes evidence of the commission of a criminal offense;

      b.      contraband, the fruits of crime, and things otherwise criminally possessed; and

      c.      property designed and intended for use, and which has been used as a means of committing a criminal offense,

is located in the property, described in Attachment A of this affidavit.

## THE INVESTIGATION- FACTUAL BACKGROUND

7.      Homeland Security Investigations Houma, Louisiana (HSI Houma) is conducting a cybercrime investigation involving the sexual exploitation of minors by Steve MERGEY, US citizen residing in Houma, LA. Investigation has revealed that MERGEY lures pre-teenage and teenage boys via YouTube and Instagram, primarily Fortnite gamers, with offers of Xbox and PlayStation gift cards in exchange for the production of lude photos and/or videos containing child pornography. HSI Houma has identified domestic victims located across multi-jurisdictional lines as well as international victims. MERGEY is a convicted sex offender residing in Houma, LA.

8.      In October 2019, HSI Houma received HSI Tip Line report no. 62567653921 from a tipster alleging that a young boy in the United Kingdom (UK Victim 1) was solicited for nude pictures by sex offender, Steve MERGEY. The tipster reported that YouTube subscriber Benjamin Ben / Instagram user 1969STEVEM offered gift cards in exchange for nude pictures, including pictures of UK V1's genitals. The tipster also reported that MERGEY made a death threat towards UK V1 via a YouTube video as a warning to not report MERGEY to law enforcement. The alleged video depicted MERGEY riding a bicycle near a funeral parlor and MERGEY stated that UK V1 would end up in a pine box if he reported the subject.

9.      In May 2020, HSI Houma received information from the Oswego County Sheriff's Office, NY ("OCSO"), regarding the investigation of Steve MERGEY. OCSO advised of the

location and identification of potential victims of MERGEY'S online solicitation of juvenile males and provided additional investigation information regarding victims.

10. HSI Houma, in conjunction with OCSO, coordinated the identification and forensic interview of victims. Information obtained through victim interviews indicated that MERGEY, friended and followed members of Fortnite gaming groups via YouTube and Instagram. MERGEY, known by victims as "Steve," attempted to entice the Fortnite gamers with the promise of more social media followers and give away prizes. MERGEY requested the production of nude images and the live stream of sexually explicit videos in exchange for gift cards. MERGEY also distributed nude images of himself and other minors, allegedly aged between six and eighteen.

11. OCSO obtained consent to assume the online identity of an Instagram account belonging to one of the aforementioned juvenile male victims, taking on the persona of a thirteen-year-old juvenile male in their communication with MERGEY. Operating in an undercover capacity, HSI Houma and OCSO monitored Instagram accounts operated by MERGEY and communicated with MERGEY via the following accounts: "little_boi_blue_10"; "fishyfishyfishyinthewater"; and "memb_rane123." During communication, MERGEY distributed a variety of sexually explicit images and videos of pre-pubescent males as well as sexually explicit images of himself. The child pornography distributed by MERGEY appeared to be screenshots captured during Instagram live stream communication with victims which often displayed Instagram users profile pictures and Instagram screen names of victims. MERGEY also provided names and ages of victims in communication with the OSCO undercover Instagram account.

12. Investigation revealed that MERGEY is the user/subscriber of the following Instagram accounts: "little_boi_blue_10"; "Fishyfishyfishyinthewater"; "1969STEVEM";

"1969STEVEM5" and "memb_rane123." On these Instagram accounts, MERGEY'S primary means of communication with other users is via live stream video. A livestream is simultaneous recording and broadcasting of media in real time. During live streams, MERGEY displayed that he is the sole operator of the accounts by holding constant conversation with other users, repeatedly displaying his face, and by showing interior and exterior features of his residence that match the structure at 6409 W Main St., Houma, LA, MERGEY'S residence. While live streaming, MERGEY provided video throughout his residence, often leading from inside the residence to outside the residence, displaying interior rooms such as the kitchen, bedroom, and the utility room and exterior surrounding property, including the Buick GMC car dealership across from the residence and Bayou Terrebonne behind it. MERGEY conducts many live streams from his bedroom where MERGEY is usually propped up in his bed and covered by a red and white striped comforter. The bedroom can be described as containing wood wall paneling, a window that faces the bed with black curtains, and a storage cabinet with white trim and dark doors. The image of the person operating the accounts during live streams matches the photograph affixed to Louisiana ID 5770857 assigned to MERGEY.

13. The following are examples of images/videos distributed by MERGEY to the OSCO undercover account:

- MERGEY distributed pictures depicting the penis of a pre-pubescent male that MERGEY identifies by name. (Investigation has led to the identification of the juvenile male and will herein be referred to as MI V1).
- MERGEY distributed screen shots of a prior text messaging conversation with a pre-pubescent male. Included in the messages are three photos of the male juveniles' penis.

(Investigation has led to the identification of the juvenile male and will herein be referred to as NC V1).

- MERGEY distributed screen shots of a teenage male displaying his penis. MERGEY identified the child as a fifteen-year-old and claimed to have had phone sex with the victim. The screen shots appear to be taken during an Instagram video call, which depicts a split screen between the two parties, MERGEY'S video and the victim's video. (Investigation has led to the identification of the juvenile male and will be herein described as PA V1).

14.  On May 15, 2020, a Federal Grand Jury subpoena was issued out of the Eastern District of Louisiana to Instagram for subscriber information associated with aforementioned social media accounts utilized by MERGEY. On the same date, Instagram provided the following information for accounts located:

    Account: 1969STEVEM
    First/Last Name:  Zombay
    Email: zombayilove@gmail.com
    Vanity Name: zombayyyyyy
    Registration Date: 2019-06-08 14:11:11 UTC
    Registration IP: 2601:3c3:c000:1910:d036:550c:3f61:6864
    Ph no.: 19858568118

    Account: fishyfishyfishyinthewater
    First/Last Name: Unknown
    Email: Unknown
    Vanity Name: fishyfishyfishyinthewater
    Registration Date: 2020-03-03 19:09:16 UTC
    Registration IP: 2600:387:1:817::71
    Ph no.: 19858568118

    Account: little_boi_blue_10
    First/Last Name: Unknown
    Email: Unknown
    Vanity Name: little_boi_blue_10
    Registration Date: 2020-03-22 01:27:46 UTC
    Registration IP: 2600:387:1:809::81
    Ph no.: 19858568118

15. On May 19, 2020, Department of Homeland Security Summons was issued to AT&T for records and subscriber information pertaining to phone no. 19858568118, the no. associated with the above Instagram accounts. On the same date, AT&T complied with the Summons and provided the following: requested information:

    Subscriber: Lydie Mergey
    Account no: 578089313481
    Address: 106 Cantrelle Dr Apt 2, Raceland, LA 70394
    Account open date: May 20, 2010

16. Investigation indicated a familial relationship between Lydie Mergy and Steve MERGEY.

17. On May 29, 2020, US Magistrate Judge Dana M. Douglas, Eastern District of Louisiana, issued a federal search warrant authorizing the search of 6409 W Main St., Houma, LA for evidence of violation of Title 18 United States Code (USC) 2252(a)(4)(B), possession of child pornography, and violation of Title 18 USC 2252(a)(2), receipt of child pornography.

18. On June 2, 2020, HSI Houma, with assistance from Louisiana State Police, Criminal Investigation Division, Houma Office, (LSP), Terrebonne Parish Sheriff's Office (TPSO), and Houma Police Department (HPD) executed the aforementioned warrant at 6409 W Main St., Houma, LA.

19. During approach to the residence, at approximately 0645 hours, agents monitored a publicly viewable Instagram livestream by Instagram account "memb_rane123" operated by MERGEY. During the livestream, MERGEY spoke to viewers, and displayed pictures of his bedroom, including the red and white comforter frequently displayed in his Instagram livestreams and posts.

20. A uniformed LSP Trooper approached the residence and knocked on the door, at which time, (from the livestream view vantage point) MERGEY appeared to place the phone on

the bed as the Instagram livestream displayed the red and white comforter. The Instagram livestream then displayed MERGEY retrieving the device and the livestream going dark. MERGEY subsequently opened the door and was encountered by Agents and Officers. Agents and officers secured the residence and conducted a thorough search. Agents performed an immediate search of MERGEY'S bedroom where multiple damaged electronic devices were located, including a LG cell phone that was broken in half.

21. The search of the residence recovered several electronic devices, 292 gift cards, and a red and white bed comforter, along with other documentation.

22. HSI Houma Special Agent Green and LSP Trooper Dorris interviewed MERGEY regarding his possession and receipt of child pornography. SA Green advised MERGEY of his rights as per *Miranda* warning via a HSI Statement of Rights Form. MERGEY waived his rights and agreed to answer questions without an attorney present. Agents verified the subject's identity as Steve MERGEY, DOB, 12/10/1969, 6409 W Main St., Houma, LA, Ph (H) 985-262-0490, Ph (C) 985-856-8118. MERGEY was questioned regarding his activity on the internet. MERGEY stated that his Internet activities are limited to YouTube. MERGEY was shown images and videos from his Instagram online activity. MERGEY stated that he wanted an attorney. The interview was concluded.

23. Cell phone number 985-856-8118 provided by MERGEY is the phone number linked to Instagram accounts "1969SteveM," "fishyfishyfishyinthewater," and "little_boi_blue_10," as indicated by the Grand Jury subpoena return from Instagram.

24. Through further investigative efforts, HSI Houma was able to locate additional victims of MERGEY'S online solicitation of juvenile males across multi-jurisdictions.

25. In July 2020, HSI Pittsburg, PA, (HSI Pittsburg) located and conducted a forensic interview of a fourteen-year-old juvenile male MERGEY victim, herein referred to as PA V1. PA V1 provided HSI Pittsburg with additional information pertaining to MERGEY and his scheme. PA V1 stated that MERGEY invited PA V1 to chat on Instagram and began flirting with him. PA V1 stated that he helped create Instagram profiles for MERGEY. PA V1 described MERGEY as an older white male with long grey hair with a birthdate of 11/10/1969. PA V1 stated that he received multiple picture displaying other boy's genitals from MERGEY. PA V1 stated that daily, for a duration of two weeks, during his communication with MERGEY, he masturbated during Instagram video calls with MERGEY. PA V1 was shown images distributed by MERGEY and positively identified those images as himself. PA V1 stated that MERGEY asked PA V1 to recruit other kids for MERGEY to communicate with.

26. In August 2020, HSI Raleigh, NC, (HSI Raleigh) located and conducted a forensic interview of a thirteen-year-old juvenile male, MERGEY victim, herein referred to as NC V1. NC V1 provided HSI Raleigh information pertaining to MERGEY and his scheme. NC V1 stated that he believed he was being interviewed because of the man he knew as "Steve" on Instagram. NC V1 stated that he communicated with Steve on Instagram and Snapchat. NC V1 stated that he was new to Instagram when he got a friend request from Steve, which he accepted. NC V1 stated that Steve asked if he wanted a gift card, but in order to receive the gift card, NC V1 had to show his private parts. NC V1 stated that during an Instagram video call, he showed his private parts to Steve, and he received a gift card. NC V1 stated that Steve took a picture of the barcode of the gift card and sent the picture to NC V1 for gift card use. NC V1 stated that Steve took a screen shot displaying NC V1's genitals during the video call. NC V1 stated that Steve distributed the picture to NC V1's online friends. NC V1 stated that he was bullied as a result of the distribution

of the picture of his genitals. NC V1 stated that Steve sent NC V1 other pornographic images. NC V1 stated that Steve asked NC V1 for images of his genitals approximately every day for two months, the duration NC V1 maintained his Instagram account. NC V1 stated that he also sent Steve a video of himself masturbating in an effort to receive a gift card. NC V1 positively identified images of himself distributed by MERGEY. NC V1 stated that he has seen Steve and described him as an older man, white whitish hair. NC V1 stated that Steve's application usernames were "ben," "fishyfishyinthewater," and "memb_rane123."

27. In September 2020, HSI West Palm Beach, FL, (HSI West Palm Beach) located and conducted an interview of MERGEY victim, herein referred to as FL V1. HSI Houma viewed publicly accessible statements and videos made by FL V1 on Instagram where FL V1 attempted to confront MERGEY and reprimand his behavior via YouTube and Instagram. FL V1 was determined to be an adult with cognitive developmental disabilities and was interviewed in the presence of his guardian. FL V1 stated that he met Steve MERGEY on his Fortnite YouTube channel approximately one year ago. FL V1 stated that MERGEY began adding FL V1's YouTube followers and Instagram friends to group chats and established rapport with victims, usually pre-teen and young teenage males. In the group chats, MERGEY asked the participants if they wanted a gift card. FL V1 stated that if the group chat member said yes, MERGEY distributed pornographic pictures of himself and other minors and requested pornographic pictures in return for a gift card. If the group chat member said no, MERGEY would block the user. FL V1 stated that after confronting MERGEY for his online behavior, MERGEY threatened FL V1 and his family. FL V1 stated that group chat members have received gift cards from MERGEY. FL V1 stated that he was able to positively identify MERGEY from an Instagram livestream which displayed MERGEY'S face which he matched with an online picture associated with MERGEY'S

criminal history.  FL V1 advised that MERGEY operated the following YouTube pages: "Ben Dover" and "Benjamin Ben."  FL V1 provided the following Instagram accounts affiliated with MERGEY:  "1995Steve," "little_boi_blue_10," "1995ITSBEN," "memb_rane123," and "fishyfishyfishy."

        28.    In October 2020, HSI Grand Rapids, MI, (HSI Grand Rapids) located and conducted an interview of juvenile male MERGEY victim, herein referred to as MI V1.  MI V1 was forensically interviewed and provided information pertaining to his online interaction with MERGEY.  MI V1 stated that MERGEY made contact with him via Instagram and MERGEY requested images if his private parts.  MI V1 stated that MERGEY stated that if he shared pictures of his private parts, MERGEY would give him money.  MI V1 did not acknowledge the apparent fact that he complied with MERGEY'S request.  M1 V1 was shown images suspected to be exchanged between himself and MERGEY.  The images displayed M1 V1's Instagram username as the distributor of the photo in the header as well as M1 V1's Instagram vanity photograph as one of the Instagram chat users in the screen shot.  M1 V1 positively identified the Instagram username and vanity photograph.

        29.    On October 16, 2020, Louisiana State Police, Criminal Investigations Division, (LSP), Houma office, Trooper Dorris obtained an arrest warrant in the 32nd Judicial District Court, Terrebonne Parish, State of Louisiana, for the arrest of Steve MERGEY for violations of Louisiana Revised Statute related to pornography involving juveniles.

        30.    On October 20, 2020, LSP, with assistance from HSI HOUMA executed the state obtained arrest warrant for MERGEY.  Agent and officers encountered MERGEY near the intersection of Alma Street and Westside Blvd., Houma, LA.  MERGEY was placed under arrest without incident. A search incident to arrest revealed an Alcatel cell phone located on MERGEY.

Agents seized the phone as evidence. In order to secure the device and prevent remote network access, Agents attempted to place the device into airplane mode. While accessing the settings portion of the phone, Agents observed the Instagram application open and running, displaying the username "king_purple_987" and "c_mergey."

## INFORMATION RELATED TO STEVE MERGEY

31. Record checks through with the National Law Enforcement Telecommunications System (NLETS) revealed the following driver's licenses for Steve MERGEY:

>Louisiana Driver's License no: 5770857
>Steve Charryl MERGEY
>6409 West Main, Houma, LA 70360
>DOB 12/10/1969

32. Criminal history checks through the National Crime Information Center revealed FBI no. 824286NA8 relates to arrests and convictions of MERGEY. On January 21, 2003, MERGEY was convicted for violation Louisiana Revised Statute 14:92, contributing to the delinquency of a juvenile by a sexually immoral act, four counts. MERGEY was sentenced to serve 2 years with the Louisiana Department of Corrections, suspended to one-year supervised probation.

## CHARACTERISTICS OF PERSONS WHO DISTRIBUTE, TRANSPORT, RECEIVE, OR POSSESS CHILD PORNOGRAPHY

33. Based upon my knowledge, experience, and training in child exploitation and child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals involved in the receipt, distribution, and possession of child pornography:

   a. Persons who receive, distribute, and possess child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they

may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

    b.  Persons who receive, distribute, and possess child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Persons who receive, distribute, and possess child pornography oftentimes use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

    c.  Persons who receive, distribute, and possess child pornography often retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

    d.  Likewise, persons who receive, distribute, and possess child pornography usually maintain their collections that are in a digital or electronic format in a safe, secure and private environment. These collections are often maintained for several years and are kept close by, usually at the collector's residence, to enable the collector to view the collection, which is valued highly.

    e.  Persons who receive, distribute, and possess child pornography also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other persons who share their interest in child pornography; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

        f.        Persons who receive, distribute, and possess child pornography prefer not to be without their child pornography for any prolonged time period. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

        g.        With the ease of obtaining new images of child pornography and child obscenity, some persons who distribute, transport, receive, or possess child pornography, or who attempt to commit these crimes, occasionally delete their images and obtain new material, in a continuing cycle. Even when they engage in this pattern of conduct, a computer user's Internet activities generally leave traces or "footprints" in the web cache and history files of the browser used. A forensic examiner can often recover evidence indicating whether a computer contains peer-to-peer software, when the computer was sharing files, and some of the files which were uploaded or downloaded. Such information is often maintained indefinitely until overwritten by other data.

34.        In consideration of the foregoing, I respectfully request that this Court issue a warrant authorizing the search of the Alcatel cell phone, more fully described in Attachment A of this affidavit, and any, for the items, materials, and records more specifically identified in Attachment B of this affidavit.

35.        It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Application, including the Application, Affidavit, and Search Warrant, and the requisite inventory notice. Sealing is necessary because the items and information to be seized are relevant to an ongoing investigation

and premature disclosure of the contents of this affidavit and related documents may have a negative impact on this continuing investigation and may jeopardize its effectiveness.

Respectfully submitted,

/s/ *Charlotte Green*
Charlotte Green
Special Agent
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this 18th day of November, 2020
in New Orleans, Louisiana.

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The following item is now currently located at Homeland Security Investigations, 1116 Bayou Lacarpe Rd., Ste. C, Houma, LA:

1) Alcatel cell phone




## ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

This affidavit is in support of an application for a warrant to search the items listed in Attachment A, for records and materials evidencing a violation of Title 18, United States Code, Sections 2252 and 2252A, which criminalizes, in part, the possession, receipt and transmission of child pornography (defined in 18 United States Code Section 2256), as more specifically identified below:

1. images, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256;

2. information or correspondence pertaining to the possession or attempted distribution of visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256, that were transmitted or received using the items listed in Attachment A, including, but not limited to;

   a. electronic mail, chat logs, and electronic messages, that establish possession, access to, or transmission through interstate or foreign commerce of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256; and

   b. records found on the items listed in Attachment A relating to the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce of any visual depiction of minors engaged in sexually explicit conduct as defined in Title 18 United States Code Section 2256.